# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[This form is for prisoners to challenge one State court conviction or one probation/parole revocation proceeding.
If you want to challenge more than one, you must file a separate form for each one.
If you are challenging a prison disciplinary proceeding or a federal conviction, you need a different form.]

## 28 U.S.C. § 2254 HABEAS CORPUS PETITION BY A PERSON IN STATE CUSTODY

| Name (under which you were convicted): | Case No. [For a new case in this court, leave blank. The court will assign a case number.] |
|---|---|
| Eddie Tyrese Guyton | 3:23-cv-339 |
| Place of Confinement: ST. Joseph County Jail | |

[Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court. NEATLY print in ink (or type) your answers.]

## CONVICTION AND SENTENCE

1. What State court entered the judgment you are challenging? __State of Indiana__
   Criminal case number: __71D08-2303-F3-21__. Did you plead guilty? ☐ Yes. ☑ No.
   Length of sentence: __Pretrial Detainee__. Date of sentencing: ___/___/_____
   Crime(s) for which you were sentenced: __Criminal Confinement: Aiding and inducing for the Following Counts: Criminal Confinement, Armed Robbery, Robbery Resulting to Bodily injury, Battery And Strangulation__

## PROBATION/PAROLE REVOCATION

2. Are you challenging a probation/parole revocation? ☑ No. ☐ Yes, the revocation hearing was held on: ___/___/_____
   by _____ and I was revoked because _____

[For a challenge to a revocation proceeding, list only direct appeals, post-conviction relief petitions, and other collateral attacks that were associated with challenging the revocation.]

## DIRECT APPEAL [Do not include post-conviction relief petitions or other collateral attacks in this section.]

3. Did you directly appeal to the Court of Appeals of Indiana? ☑ No. ☐ Yes, case number: _____
   Result: _____. Date of result: ___/___/_____
   Did you seek transfer to the Indiana Supreme Court? ☑ No. ☐ Yes, case number: _____
   Result: _____. Date of result: ___/___/_____
   Did you petition for certiorari to the United States Supreme Court? ☑ No. ☐ Yes, case number: _____
   Result: _____. Date of result: ___/___/_____

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

**FIRST POST-CONVICTION RELIEF PETITION**

4. Did you file a post-conviction relief petition in State court? ☒ No. ☐ Yes, case number: _____

   Name of court: _____. Date of filing: ___/___/___

   Result: _____. Date of result: ___/___/___

   Did you appeal to the Court of Appeals of Indiana? ☒ No. ☐ Yes, case number: _____

   Result: _____. Date of result: ___/___/___

   Did you seek transfer to the Indiana Supreme Court? ☒ No. ☐ Yes, case number: _____

   Result: _____. Date of result: ___/___/___

**OTHER COLLATERAL ATTACKS**

5. Other than the cases listed above, have you filed anything else in State court challenging this conviction or revocation?

   ☒ No. ☐ Yes, I filed: _____. Case number: _____

   Name of court: _____. Date of filing: ___/___/___

   Result: _____. Date of result: ___/___/___

   Did you appeal to the Court of Appeals of Indiana? ☒ No. ☐ Yes, case number: _____

   Result: _____. Date of result: ___/___/___

   Did you appeal to the Indiana Supreme Court? ☒ No. ☐ Yes, case number: _____

   Result: _____. Date of result: ___/___/___

6. Have you challenged this conviction or revocation in federal court? ☒ No. ☐ Yes, case number: _____

   Name of court: _____. Result: _____

7. Have you challenged this conviction or revocation in any other case or appeal? ☒ No. ☐ Yes. [Attach an additional sheet listing the nature of the proceeding, court, case number, file date, judgment date, and result.]

**FILING FEE** [The fee for filing this habeas corpus petition is $5.00.]

8. Are you paying the $5.00 filing fee?

   ☐ Yes, I have authorized prison officials to deduct the money from my prisoner trust fund account and send it to the court.

   ☐ Yes, the money will be paid for me by _____.

   ☒ No, I am filing a Prisoner Motion to Proceed In Forma Pauperis because I have less than $15.00 in my inmate trust account AND I have received less than $15.00 a month during the past six months.

## GROUNDS RAISED IN THIS HABEAS CORPUS PETITION

[State every ground on which you are being held in violation of the Constitution, laws, or treaties of the United States. Write the facts supporting each ground. Use simple English words and sentences. Do not use legal terms or quote from cases or statutes. If you want to submit a legal brief or arguments, attach a separate memorandum.

**CAUTION:**
**If you do not present every ground in this petition, you may be barred from doing so later.**]

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

**GROUND ONE:** [Briefly describe your claim.] State Makes Faulty Claim And is in error without Factual Finding

Supporting Facts: [Do not argue or cite law. Just state the specific facts that support your claim.]

State Makes Faulty Claim And is Erroneous By charging Petitioner Eddie Tyreese Guyton in Cause Number 71D08-2303-F3000021 with A FireARM when No Evidence And state stand in Faulty Factual Basis Because No weapon was Recovene therefore there is No standard Basis of the crime But is Frivolous And Here say, which is A violation of Constitutional Rights, which is to say there is No Factual Basis or Evidence.

Did you present Ground One to the Indiana Supreme Court?  ◯ Yes - Explain when and how.  ☒ No - Explain why not.

**GROUND TWO:** [Briefly describe your claim.] Specification of Error By state in Allegations

Supporting Facts: [Do not argue or cite law. Just state the specific facts that support your claim.]

State Allegations And charges, Charged Petitioner Eddie Tyreese Guyton with All Counts in Cause Number (71D08-2303-F3000021) By Faulty Allegations which ARE in error. State Has took His privilage and or Immunities As A Citizen of the united states And denies Him the Equal Protection of Law By Surrounding Petitioners Dwelling Place And Residence without Proper investigation And without Questions Depriving Him of Life, Liberty Freedom And justice.

Did you present Ground Two to the Indiana Supreme Court?  ◯ Yes - Explain when and how.  ☒ No - Explain why not.

[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.]

**GROUND THREE:** [Briefly describe your claim.] Duress of imprisonment without justice or Just cause.

Supporting Facts: [Do not argue or cite law. Just state the specific facts that support your claim.]
Petitioner was Arrested without just cause, without Lawful Authority, And under Lawful Authority For An improper Purpose And or Ill treatment. Seeing For Action of suit was charged And Arrested For Frivolous Crimes.

Did you present Ground Three to the Indiana Supreme Court? ◯ Yes - Explain when and how. ●No - Explain why not.

**GROUND FOUR:** [Briefly describe your claim.] Unlawful Detainment Due to Confession of Co-Defendant And or Police Brutality And use of Excessive Force.

Supporting Facts: [Do not argue or cite law. Just state the specific facts that support your claim.]
Petitioner Feels And Addresses court of unlawful detainment due to Full Confession of Co-Defendant citing And stating that Petitioner Had Nothing to do with Allegations, stated. Co-defendant took Full Responsiblity and Made Confession on Her own consent. Petioner suffered injuries due to Excessive Force upon Law Enforcement officials Being Brutual And Causing them Resulting in Bodily injury.

Did you present Ground Four to the Indiana Supreme Court? ◯ Yes - Explain when and how. ●No - Explain why not.

[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.]

## TIMELINESS OF PETITION

> The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides that:
> (1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of -
>    (A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;
>    (B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such State action;
>    (C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
>    (D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.
> (2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

9. Explain why this petition is timely under the provisions of 28 U.S.C. § 2244(d).

Comes now Petitioner under the provision of 28 U.S.C. § 2244(d), in a timely manner in preperation within the statue of limitation, to-wit, to prove my actual innocence and trying to protect my mind from all corruption and diseases, to include a detail account, often by way of oral or written proffer supported by whatever evidence can be supported and affidavits can be presented, in the avoidence of violation of my Equal Protection Clause, in hopes to secure a "Full and Fair" proceeding and judgements according and concerning all my Constitutional Law and Amendment rights, in fear of slander and being on becoming an individual target of the State Courts.

## RELIEF

I ask for the following relief: A full and fair trail, effect of conscel, madatory damages, state and realestate property, freedom, liberty, and justice, unison with happiness redemption, U.S Currency, Worldwide Mandatory Resources or any other relief to which I may be entitled.

## DECLARATION AND SIGNATURE

I placed this petition in the prison mail system on ____/____/20____ at _____ am/pm.
  [Do not fill in this date and time until you give this petition to prison officials to send to the court.]

I declare under penalty of perjury that all of the statements in this petition are true.

_Eddie J. Gylo_ _____             _317176_____
Signature                                                              Prisoner Number

  [DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]