# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

EDDIE TYREESE GUYTON

       Plaintiff

  v.

                                          Civil Action No. 3:23-cv-572

SHERIFF, St. Joseph County Jail

       Defendant

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff_____ recover from the defendant _____ the amount of _____ dollars $_____, which includes prejudgment interest at the rate of _____% plus post-Judgment interest at the rate of _____% along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant_____ recover costs from the plaintiff _____.

☒ Other: Petitioner Eddie Tyreese Guyton's Petition for Writ of Habeas Corpus is DISMISSED WITHOUT PREJUDICE pursuant to Section 2254 Habeas Corpus Rule 11.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge Damon R. Leichty.

DATE: 6/29/2023                       CHANDA J. BERTA, CLERK OF COURT

                                                        by   s/A. Highlen_____
                                                        *Signature of Clerk or Deputy Clerk*