AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

EDDIE TYREESE GUYTON

      Petitioner

v.                                                                    Civil Action No. 3:23-cv-572

SHERIFF, St. Joseph County Jail

      Respondent

## AMENDED JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one):*

___ the plaintiff_____
recover from the defendant _____ the amount of_____
dollars $_____, which includes prejudgment interest at the rate of _____% plus post-
Judgment interest at the rate of _____ % along with costs.

____   the plaintiff recover nothing, the action is dismissed on the merits, and the defendant_____
recover costs from the plaintiff _____.

_X_  Other: Petitioner Eddie Tyreese Guyton's Petition for Writ of Habeas Corpus is DISMISSED
WITHOUT PREJUDICE pursuant to Rule 4 of the Rules Governing Section 2254 Cases. The Court
DENIES petitioner Eddie Tyrese Guyton a certificate of appealability pursuant to Section 2254 Habeas
Corpus Rule 11.

This action was (*check one):*

___ tried to a jury with Judge _____ presiding, and the jury has
rendered a verdict.

___ tried by Judge _____ without a jury and the above decision was
reached.

_X_  decided by Judge Damon R. Leichty.

AO 450 (Rev. 01/09)  Judgment in a Civil Action

DATE: 6/30/2023                    CHANDA J. BERTA, CLERK OF COURT


                                   by   s/A. Highlen
                                   *Signature of Clerk or Deputy Clerk*